UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| J & J Sports Productions, Inc. | Case No. 08-263 |
| Plaintiff, | COMPLAINT FOR DAMAGES |
| v. | DESIGNATION: PROPERTY RIGHTS |
| Jeff Haslow, individually and d/b/a Frogg Pond Tavern, and Fenway Barr, LLC d/b/a Frogg Pond Tavern, | |
| Defendants. | |

## ANSWER

Defendants, by and through their counsel, Wilson, Halbrook & Bayard, Eric C. Howard, hereby respond to the numbered paragraphs of the Complaint herein as follows:

1. Defendants lack knowledge or information sufficient to form a belief as to the truth of the matter alleged.

2. Defendants lack knowledge or information sufficient to form a belief as to the truth of the matter alleged.

3. Denied.

4. Admitted.

5. Defendants lack knowledge or information sufficient to form a belief as to the truth of the matter alleged.

6. Denied that Jeff Haslow individually trades as Frogg Pond Tavern.

7. Admitted.

## COUNT I

8. Defendants hereby realleges paragraphs 1 through 7 hereof and incorporates them by reference herein.

- 1 -

9. Defendants lack knowledge or information sufficient to form a belief as to the truth of the matter alleged.

10. Defendants lack knowledge or information sufficient to form a belief as to the truth of the matter alleged

11. Defendants lack knowledge or information sufficient to form a belief as to the truth of the matter alleged.

12. Denied.

13. Defendants lack knowledge or information sufficient to form a belief as to the truth of the matter alleged.

14. Denied.

15. Denied.

16. Denied.

## COUNT II

17. Defendants hereby realleges paragraphs 1 through 16 hereof and incorporates them by reference herein.

18. Denied that Defendants made any unauthorized interception.

19. Denied.

20. Denied.

21. Denied.

## COUNT III

22. Defendants hereby realleges paragraphs 1 through 21 hereof and incorporates them by reference herein.

23. Denied.

24. Denied.

25. Denied.

### FIRST AFFIRMATIVE DEFENSE

26. The Complaint fails to state a claim against Defendant Jeff Haslow upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

27. Defendant Fenway Barr, LLC, a commercial account customer of Comcast Cablevision ("Comcast"), who upon information and belief, is a sublicense of Plaintiff, entered into a contract with Comcast to purchase the rights to display the Oscar De La Hoya fight at its place of business on May 6, 2006. Attached hereto is a copy of the bill from Comcast to Defendant Fenway Barr, LLC which clearly on its face shows that (i) Defendant <u>is a business</u>, charged for transmission to it as a "Restaurant / Bar" and (ii) Defendant purchased the right to view the event in question on May 6, 2006. At no time prior to May 6, 2006 did Comcast inform Defendant Fenway Barr, LLC that Comcast was not authorized to sell the programming of the event to a commercial customer.

### THIRD AFFIRMATIVE DEFENSE

28. Any broadcast by Defendants was due to the belief that Defendants were legally entitled to make such broadcast and was not willful.

### FORTH AFFIRMATIVE DEFENSE

29. As a matter of law, Defendants' conduct as alleged, if proven, a cause of action under 47 U.S.C. §553 <u>or</u> §605, but not a cause of action under both statutes.

## FIFTH AFFIRMATIVE DEFENSE

30.     The Complaint is barred by the applicable statute of limitations.

WHEREFORE, Defendants demanded that judgment be entered in their favor and against Plaintiff on the basis of any or all of the defenses set out above, with all the costs of this action charged to Plaintiff.

                                            WILSON, HALBROOK & BAYARD, P.A.

                                            By: _____
                                                 Eric C. Howard, Esquire (ID# 2066)
                                                 Attorneys for Defendant
                                                 107 West Market Street
                                                 P.O. Box 690
                                                 Georgetown, DE 19947
Date: __6/12/08__                              (302) 856-0015



| ACCOUNT NUMBER | DATE DUE | TOTAL AMOUNT DUE |
|---|---|---|
| 09533 371683-01-6 | 05/30/06 | $430.82 |

Visit us on the web at www.comcast.com

**TAVERN FROGG POND**

For service at:
3 S. FIRST ST
REHOBOTH BEACH, DE 19971-2243

**How to reach us**
Customer Service: 302-856-4591
M-F 6am-7pm; Sat 8am-5pm
Repair Service: 7 days a week 302-856-7047
**Lobby Hours**
Mon-Fri 8:30am to 5:30pm Sat 9am to 1pm
Seaford: 644 N. Dual Hwy/Lewes:111 Hwy One
5 Points Plaza(Lewes Sat Hours: Apr-Sept only)

**Summary of Charges**                           Billed from 05/21/06 to 06/20/06

| | |
|---|---|
| Previous Balance | 661.64 |
| Payments  (includes payments received by 05/08/06) | 661.64 cr |
| Monthly Services | 313.90 |
| Pay Per View | 94.90 |
| Taxes, Surcharges, & Fees | 22.02 |
| **Total Due** | **$430.82** |

Detail of Charges on back



Page 2

### Service Charges Detail

| Date | Description | Amount |
|---|---|---|
| **Payments** | | |
| 04/27 | Payment-Thank You | 661.64 cr |
| | Total Payments | $661.64 cr |
| **Monthly Services** | | |
| 05/21 -06/20 | Rest/Bar Basic | 79.95 |
| 05/21 -06/20 | Rest/Bar A/O(S) | 161.55 |
| 05/21 -06/20 | Rest/Bar Digital | 34.95 |
| 05/21 -06/20 | Rest/Bar DIG AOS | 32.50 |
| 05/21 -06/20 | DIG SPORTS TIER | 4.95 |
| | Total Monthly Services | $313.90 |
| **Pay Per View** | | |
| 04/08 08:30 P | MAYWEATHR V JUDAH | 44.95 |
| 05/06 08:30 P | DELA HOYA MAYORGA | 49.95 |
| | Total Pay Per View | $94.90 |
| **Taxes, Surcharges, & Fees** | | |
| 05/21 -06/20 | FCC Reg Fee | 0.06 |
| 05/21 -06/20 | Utility Tax | 8.69 |
| 05/21 -06/20 | Franchise Tax | 13.27 |
| | Total Taxes, Surcharges, & Fees | $22.02 |



UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| J & J Sports Productions, Inc. | Case No. 08-263 |
| Plaintiff, | COMPLAINT FOR DAMAGES |
| vi. | DESIGNATION: PROPERTY RIGHTS |
| Jeff Haslow, individually and d/b/a Frogg Pond Tavern, and Fenway Barr, LLC d/b/a Frogg Pond Tavern, | |
| Defendants | |

**CERTIFICATE OF SERVICE**

THIS IS TO CERTIFY that the undersigned caused to be mailed, by United States Mail, postage prepaid, two (2) true copies of the within **DEFENDANT'S ANSWER** to:

Charles J. Brown, III, Esquire (ID# 3368)
ARCHER & GREINER, P.C.
300 Delaware Avenue, Suite 1370
Wilmington, DE 19801

on this 12th day of June, A.D. 2008

_____
Eric C. Howard

- 5 -